**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § | **1:17-CR-212-RP** |
| **FREDERICK MORRISON, JR.** | § § § | |

## O R D E R

On January 28, 2021, the Court held a Preliminary Revocation Hearing, pursuant to Fed. R. Crim. P. 5.1 and 18 U.S.C. § 3060. In the interests of justice, the hearing was conducted by video teleconference due to the exigent circumstances created by the COVID-19 pandemic. Both parties consented to proceed by video teleconference, and the defendant, his attorney, and the attorney for the Government were present throughout the hearing. Counsel were admonished as required by the Due Process Protection Act.

Having considered all the evidence, the Court finds that the evidence, sufficient in nature, has established that there is probable cause to believe that the violations of the defendant's Conditions of Supervision alleged in the Petition for Warrant or Summons for Offender Under Supervision have been committed, and that the defendant committed them. Accordingly, the defendant is required to appear for further proceedings.

**SIGNED** on January 28, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE